SEALED



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUN 18 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MANUEL GARCIA,
JORGE MARISCAL,
VICTOR SANCHEZ, AND
TERESA MENDOZA,

        Defendants.

CASE NO. 1:15-MJ-BY

[PROPOSED] ORDER TO SEAL COMPLAINT

**UNDER SEAL**

1: 1 5 MJ 0 0 0 8 9   BAM

The United States having applied to this Court for an order permitting it to file the complaint together with the Government's Application to Seal, Memorandum of Law and accompanying Declaration of Kimberly A. Sanchez, under seal, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, together with the Application of the United States Attorney and the accompanying Memorandum of Law and Declaration of Kimberly A. Sanchez, shall be filed with this Court under seal and shall not be disclosed pending further order of this court.

DATED: 6/18, 2015

_____
HONORABLE BARBARA A. McAULIFFE
U.S. Magistrate Court Judge

Motion to seal and order

4