```
                IN THE UNITED STATES DISTRICT COURT FOR THE
                       EASTERN DISTRICT OF CALIFORNIA
```

FILED
JUN 19 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:15-mj-086 BAM |
| ) | |
| Plaintiff, ) | (~~PROPOSED~~) ORDER TO |
| ) | UNSEAL COMPLAINT |
| v. ) | |
| ) | |
| MANUEL GARCIA, ET AL., ) | |
| ) | |
| Defendants. ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on June 18, 2015 be unsealed and become public record.

DATED: June 19, 2015

_____
GARY A. AUSTIN
U.S. MAGISTRATE JUDGE

TYPE PLEADING NAME                         2