IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:15-CR-00169 AWI-BAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | ORDER TO UNSEAL EXHIBIT 1 TO AFFIDAVIT OF DEA SPECIAL AGENT JOHN RABAUT |
| v. | |
| ABRAHAM CHAVEZ, ET AL. | |
| Defendants. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the EXHIBIT 1 TO AFFIDAVIT OF DEA SPECIAL AGENT JOHN RABAUT be unsealed and become public record.

DATED: July 23, 2015

_____
BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

Motion to Seal Indictment 3