1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

6

IN THE UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>9               Plaintiff,<br>10<br><br>11          v.<br><br>MANUEL GARCIA,<br>12   AKA, "TECATE," AKA "TECATO,"<br>     AKA, "TONY VARGAS,"<br>13  JORGE MARISCAL,<br>     AKA, "PILAS,"<br>14  VICTOR SANCHEZ,<br>     AKA, "TORO,"<br>15  TERESA MENDOZA,<br>  ABRAHAM CHAVEZ, AND<br>16  JAZMIN DURAN,<br><br>17             Defendants. | CASE NO.  1:15-CR-00169 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |

18

19       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

20  Kimberly A. Sanchez, Assistant U.S. Attorney and Virna Santos, Kevin Little, Carol Moses, Roger Wilson,

21  Gary Huss, and Galatea DeLapp, attorneys for the defendants, that the status conference set for October 5,

22  2015 at 1:00 pm before the Honorable Sheila K. Oberto be continued to November 30, 2015 at 1:00 p.m.

23  The reason for the request is the government has not yet received lab reports from the DEA lab for the

24  controlled substances that are the subject of the instant charges.  The case agent spoke with the lab on

25  September 29, 2015, and was informed that the results would not be done for approximately 1-2 months.

26  The parties agree that defense needs time to receive and review the lab reports, and the parties require further

27  investigation regarding sentencing matters to ascertain whether motions, a plea, and/or a trial will be

28  requested.

       Stipulation                                    1

1    The parties further request the Court to enter an Order finding that the "ends of justice" served by a

2    continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

3    occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §

4    3161(h)(7)(A).

5

6    Dated: October 1, 2015                                        Respectfully submitted,

7                                                                  BENJAMIN B. WAGNER
                                                                   United States Attorney
8

9                                                         By      /s/ Kimberly A. Sanchez
10                                                                KIMBERLY A. SANCHEZ
                                                                  Assistant U.S. Attorney
11
     Dated: October 1, 2015                                       /s/ Virna Santos
12                                                                VIRNA SANTOS
                                                                  Attorney for Manuel Garcia
13

14   Dated: October 1, 2015`                                      /s/ Carol Moses
                                                                  CAROL MOSES
15                                                                Attorney for Jorge Mariscal

16   Dated: October 1, 2015                                       /s/ Roger Wilson
                                                                  ROGER WILSON
17                                                                Attorney for Victor Sanchez

18   Dated: October 1, 2015                                       /s/ Kevin Little
                                                                  KEVIN LITTLE
19                                                                Attorney for Abraham Chavez

20   Dated: October 1, 2015`                                      /s/ Galatea DeLapp
                                                                  GALATEA DeLAPP
21                                                                Attorney for Jazmin Duran

22
     Dated: October 1, 2015                                       /s/ Gary Huss
23                                                                GARY HUSS
                                                                  Attorney for Teresa Mendoza
24
                                        **ORDER**
25

26   IT IS SO ORDERED.

27
     Dated:    **October 1, 2015**                              **/s/ Sheila K. Oberto**
28                                                              UNITED STATES MAGISTRATE JUDGE

     Stipulation                                       2